IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHAMON KONETHONGKHAM, ) <br> ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> COMMISSIONER OF SOCIAL ) <br> SECURITY, ) <br> ) <br> Defendant. ) <br> _____) | 1:10at00299 <br><br> ORDER TO SUBMIT COMPLETE <br> APPLICATION TO PROCEED IN <br> FORMA PAUPERIS |

On April 24, 2010, Plaintiff filed the present action for judicial review of the denial of Social Security benefits. The Court ordered Plaintiff to submit a completed application to proceed in forma pauperis on April 29, 2010. On April 29, 2010, Plaintiff submitted an application pursuant to the Court's order, though the application was for another plaintiff in another action.

Accordingly, Plaintiff is ORDERED to submit a complete, signed application to proceed in forma pauperis within twenty (20) days of the date of service of this order.

Failure to comply with this order may result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated: **May 4, 2010**            **/s/ Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE

1