# UNITED STATES DISTRICT COURT

**Eastern**  District of  **California**

KHAMON KONETHONGKHAM,

Plaintiff

V.

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY
Defendant

**ORDER ON APPLICATION
TO PROCEED WITHOUT
PREPAYMENT OF FEES**

CASE NUMBER: 1:10at0299

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

GRANTED.

X   The clerk is directed to file the complaint.

X   IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a
copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff.
All costs of service shall be advanced by the United States.

☐   DENIED, for the following reasons:

_____

_____

ENTER this   14th   day of   _____May_____ ,   2010   .

_____/s/ Dennis L. Beck_____
Signature of Judicial Officer

_____Dennis L. Beck, U.S. Magistrate Judge_____
Name and Title of Judicial Officer