1  Sengthiene Bosavanh, Esq. #249801
   Milam Law
2  948 11th Street, Suite 17
   Modesto, California 95354
3  (209) 576-0817
      Attorney for Plaintiff
4

5
                        UNITED STATES DISTRICT COURT
6
                        EASTERN DISTRICT OF CALIFORNIA
7
                                FRESNO DIVISION
8

9
   Khamon Konethongkham,           )    CASE NO. 1:10-cv-00859 OWW SMS
10         Plaintiff,              )
                                   )
11      v.                         )
                                   )    STIPULATION AND ORDER
12 Commissioner of Social Security )    FOR EXTENSION OF TIME TO SUBMIT
           Defendant.              )    PLAINTIFF'S CONFIDENTIAL BRIEF
13
        IT IS HEREBY STIPULATED by and between the parties that Plaintiff be granted a
14
   first-time 30-day extension of time to submit a confidential brief. The current due date for
15
   Plaintiff's Confidential Brief is October 13, 2010. The new due date will be November 12,
16
   2010.  The scheduling order should be modified accordingly.
17
   Dated: September 27, 2010           /s/ Sengthiene Bosavanh
18
                                       SENGTHIENE BOSAVANH, ESQ.
19                                     Attorney for Plaintiff

20 Dated: September 27, 2010           BENJAMIN B. WAGNER
                                       United States Attorney
21

22                                     By: /s/ Elizabeth Mary Firer
                                       (as authorized via e-mail)
23                                     ELIZABETH MARY FIRER
                                       Special Assistant United States Attorney
24

25 APPROVED AND SO ORDERED.

26 Dated: 9/28/2010                    /s/ SANDRA M. SNYDER
                                       SANDRA M. SNYDER
27                                     UNITED STATES MAGISTRATE JUDGE

28