1 BENJAMIN B. WAGNER
United States Attorney
2 LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
3 Social Security Administration
ELIZABETH FIRER
4 Special Assistant United States Attorney

5    333 Market Street, Suite 1500
   San Francisco, California 94105
6    Telephone:  (415) 977-8937
   Facsimile:  (415) 744-0134
7    E-Mail: Elizabeth.Firer@ssa.gov

8 Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| KHAMON KONETHONGKHAM, ) | CIVIL NO. 1:10-cv-00859 SMS |
|    Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER TO EXTEND TIME |
| MICHAEL J. ASTRUE, ) Acting Commissioner of ) Social Security, ) | |
|    Defendant. ) | |

     The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have an extension of 13 days to respond to Plaintiff's Confidential Letter Brief up to and including December 29, 2010.  This extension is being sought because, on December 16, 2010, the undersigned counsel for the Commissioner mistakenly sent the Commissioner's response to a fax number for Plaintiff's attorney, which is no longer in use.  On Wednesday, December 29, 2010, the Commissioner re-faxed his response to Plaintiff's Confidential Letter to Plaintiff's attorney at the correct number.

     The parties submit that this matter should proceed in accordance with the original case management order in that Plaintiff shall have 30 days from December 29, 2010 in which to file her

Opening Brief.

                                               Respectfully submitted,

                                               */s/Sengthiene Bosavanh*

Dated: December 29, 2010
                                        SENGTHIENE BOSAVANH
(as authorized via telephone)
Attorney at Law

Attorney for Plaintiff

Dated: December 29, 2010          BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

By:                 */s/ Elizabeth Firer*

ELIZABETH FIRER
Special Assistant U.S. Attorney

Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED:  12/30/2010          /s/ SANDRA M. SNYDER
                                           UNITED STATES MAGISTRATE JUDGE