1  BENJAMIN B. WAGNER
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   ELIZABETH FIRER
4  Special Assistant United States Attorney

5     333 Market Street, Suite 1500
      San Francisco, California 94105
6     Telephone:  (415) 977-8937
      Facsimile:  (415) 744-0134
7     E-Mail: Elizabeth.Firer@ssa.gov

8  Attorneys for Defendant

9                     UNITED STATES DISTRICT COURT
                      EASTERN DISTRICT OF CALIFORNIA
10
                              **FRESNO DIVISION**
11

12 KHAMON KONETHONGKHAM,            )
                                    )       CIVIL NO. 1:10-cv-00859 -OWW-SMS
13         Plaintiff,               )
                                    )
14              v.                  )       STIPULATION AND ORDER TO EXTEND
                                    )       TIME
15 MICHAEL J. ASTRUE,               )
   Acting Commissioner of           )
16 Social Security,                 )
                                    )
17         Defendant.               )
   _____)

18

19      The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the

20 attached Order, that Defendant shall have an extension of 30 days to respond to Plaintiff's Opening Brief

21 up to and including March 24, 2011.  This extension is being sought due to the heavy appellate work of

22 the undersigned counsel for the Commissioner.  Counsel has had two appellate briefs due in the month

23 of February, David Fernandes, Case #10-15344 and Rebecca Buckner-Larkin, Case # 09-17751.  She

24 also had to participate in a medication conference in another Ninth Circuit case, Donna Zamora, Case #

25 10-17787.  In addition to this work, between the time Plaintiff filed the Opening Brief on January 21,

26 2011 February 22, 2011, Counsel has had to file four other district court briefs and a Motion to Strike in

27 the Fernandes Appeal.  Given this workload, Counsel has been unable to complete the Commissioner's

28

brief in this case by the original due date and respectfully requests that the Court extend the Commissioner's time to respond to Plaintiff's Opening Brief until March 24, 2011.

Respectfully submitted,

Dated: February 22, 2011

*/s/Sengthiene Bosavanh*
_____
SENGTHIENE BOSAVANH
(as authorized via telephone)
Attorney at Law

Attorney for Plaintiff

Dated: February 22, 2011

BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

By:      /s/ Elizabeth Firer
_____
ELIZABETH FIRER
Special Assistant U.S. Attorney

Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.

Dated:   February 22, 2011          /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE